United States District Court for the district of New Jersey

215 Burlington Rd. S
Bridgeton, NJ 08302
@ Presently Confined

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2025 MAY 20 A 10: 4~

Charles Gilbert
  Plaintiff

V.

  Defendant

South Woods State Prison
New Jersey Dept of Corrections

Supreme Court of New Jersey

Docket # _____
Law Div # _____

Affidavit of Probable Cause and assignment of Counsel

Dear Clerk

1. Now here comes before this honorable New Jersey Supreme Court _____, a prose plaintiff presenting an affidavit of Probable Cause, for reasons stated herein as a interlocutory manner initiated as a direct proximate result of deliberate indifference a product of rogue patterns upon knowledge and belief before this court.

2. The use of isolated confinement in this states correctional facilities should be restricted to ensure the safe and humane operation of these facilities

3. The Isolated Confinement restriction act 30:4-82.5 Consistent with the New Jersey constitution, the laws and public policies of this state, the mission of the correctional system, evolving medical knowledge and human rights standards of decency

4. C 30:4-82.5 The standards established in this act should apply to all persons detained in Correctional Facilities under the jurisdiction of this state or any subdivision, regardless of the civil or criminal nature of the charges against them

5. The Due Process clause of the 5th and 14th Amendment is the touchstone of protections from arbitrary actions of govern-

12. As a direct proximate result of this violation shows that it is sufficiently atypical and insignificant and that the demotion to these sever deprivations of liberty requiring due process under the rule of Sandin v. Conner

13. Inmate has been deprived of 1st Amendment right to both communicate with non prisoners via telephone and in addition the known deprivation denys access to plaintiffs right to counsel, intimate association and other interest.

14. As a direct proximate result its arbitrary, complete ban unduly harsh and punitive described as punitive in its totality interrupting family ties, and connection to the outside world presents a treble claim also effecting rehabilitation

15. As a direct proximate result of being held incommunicado inflicts pain, mental anguish and intentional infliction of emotional distress as there is a substantial liberty interest not to be held under those conditions denying equal protections of the law, 1st Amendment rights and other fundamental rights that should not be impeded upon

16. In total there is no penological justification as the reason I am subject to disciplinary charges for allegations the officer misstakenly wrote a statement that is in contradiction to the video evidence that should be relied on

As a result of the allegations within Violations of Constitutional rights, I assert these are true and pursuant to 28 U.S.C 1746 I declare, verify and certify under penalty of perjury that the foregoing is true
Executed on this day 5/10/25
42 U.S.C 1983

Pro Se

CC, File



Charles Colbert #079460 D
SWSP
215 Burlington Rd S
Bridgeton, NJ 08302
Presently Confined

Legal Mail
5/10/25

SOUTH JERSEY NJ 080
15 MAY 2025 PM 7[L]

quadient
FIRST-CLASS MAIL
IMI
$000.69°
05/14/2025 ZIP 08302
043M31262425
US POSTAGE

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2025 MAY 20 A 10: 4

Clerk of the Court
Martin Luther King Jr Building & US Courthouse
50 Walnut St
Newark, NJ 07101